Amos ALLEN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 28, 1955.

P. H. Vincent, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Boyd Circuit Court by Amos Allen from a judgment convicting him of the offense of assault and battery, and fixing his punishment at a fine of $500 and confinement in jail for a period of 60 days.

A consideration of the record and of the points raised in appellant's brief has failed to disclose any error prejudicial to appellant's substantial rights and the judgment is therefore affirmed.